UNITED STATES BANKRUPTCY COURT

| DISTRICT | OF VERMONT |

IN RE: )
)
JOANNE T. GREENE ) Case No. 10-10801 CAB
) *Chapter 7 Case*
Debtor. )

STIPULATION FOR SCHEDULING ORDER REGARDING DISCOVERY,
DISPOSITIVE MOTIONS AND FOR EVIDENTIARY HEARING
UPON THE TRUSTEE'S OBJECTIONS TO DEBTOR'S CLAIM OF EXEMPTION AND
DEBTOR'S CONSOLIDATE RESPONSE

NOW COMES Raymond J. Obuchowski, Esq., Chapter 7 Trustee, and Joanne T. Greene, Chapter 7 Debtors, by and through her attorney, John D. Toscano, Esq., and stipulate and agree as to a Scheduling Order the Trustee's objection to claim of exemption and Debtor's response, as follows:

1.  All depositions and related discovery requests shall be completed by December 31, 2010.

2.  All dispositive motions with memoranda shall be filed not later than January 15, 2011.

3.  Joint pre-trial statement and stipulation of facts shall be filed by January 31, 2011.

4.  Evidentiary hearing shall be scheduled ~~XXXXXXXX~~ **March 1**, 2011, at 1:30 pm. and no video conferencing will be available, which the hearing is scheduled for no more than 1.5 hours.

DATED at Royalton, Vermont: Monday, November 22, 2010.

                                              BANKRUPTCY ESTATE OF
                                              JOANNE T. GREENE

By:   /s/ Raymond J. Obuchowski
       Raymond J. Obuchowski, Esq.
       Counsel to Chapter 7 Trustee
       Obuchowski & Emens-Butler
       PO Box 60, Bethel, VT 05032
       (802) 234-6244
       ray@oeblaw.com

Filed & Entered
On Docket
November 24, 2010

DATED at Bennington, Vermont: Monday, November 22, 2010.

JOANNE T. GREENE

By:    /s/ John D. Toscano_____
John D. Toscano, Esq.
Counsel to Chapter 7 Debtor
236 Union St. #3
Bennington, VT 05201
(802) 688-3808
jdtlaw1@comcast.net

SO ORDERED:

    The Evidentiary Hearing on the Trustee's Objection to Debtor's claim of exemption and Debtor's response is scheduled for March 1, 2011, at 1:30 pm at the Opera House, 67 Merchants Row, Rutland, VT.

November 24, 2010

_____

Honorable      Colleen A. Brown
US      Bankruptcy Judge